BENNETT J. LEE (Bar No. 230482)
ANDREW VAN ORNUM (Bar No. 214040)
MATTHEW M. RANDLE (Bar No. 238345)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
Citigroup Center
One Sansome Street, Suite 1050
San Francisco, CA 94104
Telephone:   415-623-7000
Facsimile:   415-623-7001
blee@wthf.com
avanornu@wthf.com
mrandle@wthf.com

Attorneys for Plaintiff
HBE CORPORATION DBA HOSPITAL BUILDING
& EQUIPMENT COMPANY

**FILED**

AUG 1 8 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| HBE CORPORATION DBA HOSPITAL BUILDING & EQUIPMENT COMPANY, a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>PAGE MEDICAL EQUIPMENT AND SUPPLIES, INC., a California corporation; and COSTA PAGE, an individual, inclusive,<br><br>    Defendants. | Case No. 1:07-CV-01658-AWI-SMS<br><br>**NOTICE OF DISMISSAL**<br><br>Complaint Filed: November 16, 2007<br>Hon. Anthony W. Ishii |

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

NOTICE OF DISMISSAL

1   NOTICE IS HEREBY GIVEN, that, pursuant to Federal Rule of Civil Procedure 41(a), plaintiff voluntarily dismisses the above-captioned action as against all defendants.

Dated: August 6, 2009

WATT, TIEDER, HOFFAR
& FITZGERALD, L.L.P.

By: /s/ Andrew Van Ornum
Bennett J. Lee
Andrew Van Ornum
Matthew M. Randle
Attorneys for Plaintiff
HBE CORPORATION DBA HOSPITAL
BUILDING & EQUIPMENT COMPANY

It is so Ordered. Dated: 8-18-09

_____
United States District Judge