1
2
3
4
5

**IN THE UNITED STATES DISTRICT COURT FOR THE**

6

**EASTERN DISTRICT OF CALIFORNIA**

7

8   HBE CORPORATION DBA HOSPITAL          NO. 1:07-CV-01658-AWI-SMS
    BUILDING & EQUIPMENT COMPANY,
9   a Delaware corporation,          )          ORDER CLOSING THE CASE
                                      )          DUE TO VOLUNTARY
10                  Plaintiff,        )          DISMISSAL WITHOUT
                                      )          PREJUDICE
11          v.                        )
                                      )
12   PAGE MEDICAL EQUIPMENT AND        )
     SUPPLIES, INC., a California     )
13   corporation; and COSTA PAGE, an  )
     individual, inclusive,          )
14                                    )
                    Defendants.       )
15   _____)

16

17          On August 6, 2009, Plaintiff filed a request for dismissal of this case without prejudice.

18   Although not stated in the notice, the Court construes it as one made pursuant to Federal Rule of

19   Civil Procedure 41(a)(1)(i).

20          In <u>Wilson v. City of San Jose</u>, the Ninth Circuit explained:

21          Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his
            action prior to service by the defendant of an answer or a motion for summary
22          judgment.  <u>Concha v. London</u>, 62 F.3d 1493, 1506 (9th Cir. 1995) (citing
            <u>Hamilton v. Shearson-Lehman American Express</u>, 813 F.2d 1532, 1534 (9th Cir.
23          1987)). A plaintiff may dismiss his action so long as the plaintiff files a notice of
            dismissal prior to the defendant's service of an answer or motion for summary
24          judgment.  The dismissal is effective on filing and no court order is required.  <u>Id.</u>
            The plaintiff may dismiss some or all of the defendants, or some or all of his
25          claims, through a Rule 41(a)(1) notice.  <u>Id.</u>; <u>Pedrina v. Chun</u>, 987 F.2d 608, 609-
            10 (9th Cir. 1993).  The filing of a notice of voluntary dismissal with the court
26          automatically terminates the action as to the defendants who are the subjects of
            the notice.  <u>Concha</u>, 62 F.2d at 1506.  Unless otherwise stated, the dismissal is
27          ordinarily without prejudice to the plaintiff's right to commence another action for

28

the same cause against the same defendants. Id. (citing McKenzie v. Davenport-Harris Funeral Home, 834 F.2d 930, 934-35 (9th Cir. 1987)). Such a dismissal leaves the parties as though no action had been brought.  Id.

Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).

No answers to Plaintiff's complaint and no motions for summary judgment have been filed in this case and it appears that no such answers or summary judgment motions have been served.  Because Plaintiff has exercised its right to voluntarily dismiss the complaint under Rule 41(a)(1), this case has terminated.  See Wilson, 111 F.3d at 692.

Therefore, IT IS HEREBY ORDERED that the Clerk is ordered to close this case in light of Plaintiff's Rule 41(a)(1)(i) requested dismissal without prejudice.

IT IS SO ORDERED.

**Dated:     August 18, 2009**          _____ **/s/ Anthony W. Ishii** _____
                                         CHIEF UNITED STATES DISTRICT JUDGE